THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK L. FLYNN, Appellant, v. BERNARD J. YORK et al., as Police Commissioners of the City of New York, Respondents.

*People ex rel. Flynn* v. *York,* 42 App. Div. 622, affirmed.
(Submitted November 21, 1899; decided December 5, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 14, 1899, affirming an order denying a motion for a peremptory writ of mandamus directing the defendants to pay the amount alleged to be due relator for salary as doorman in the police department of the city of New York.

*Louis J. Grant* for appellant.

*John Whalen,* Corporation Counsel (*Theodore Connoly* and *Terence Farley* of counsel), for respondents.

Order affirmed, with costs; no opinion.
All concur.

---

EDWARD BUTCHER, JR., Appellant, v. FREDERICK S. PEARSON, Respondent, Impleaded with Others.

*Butcher* v. *Pearson,* 43 App. Div. 468, affirmed.
(Argued November 21, 1899; decided December 5, 1899.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 25, 1899, affirming a judgment in favor of defendant Pearson, entered upon a decision of the court sustaining a demurrer to the complaint on trial at Special Term.

The question certified was : "Does the complaint state facts sufficient to constitute a cause of action against the defendant Pearson ?"

*E. F. Bullard* and *Waldo E. Bullard* for appellant.

*Howard A. Taylor* and *Origen S. Seymour* for respondent.

Judgment affirmed, with costs, and the question certified answered in the negative ; no opinion.
All concur.